# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M29 | E 1519989 | C. Robinson | 279 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 7/27/22 | 43 CFR 4140.1b6 |

Place of Offense: Public Land North Hills

Offense Description: Factual Basis for Charge — HAZMAT ☐

Litter

### DEFENDANT INFORMATION

Last Name: PINKERTON
First Name: David
M.I.: C

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 7/27, 20 22 while exercising my duties as a law enforcement officer in the _____ District of Montana

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/27/22  [Officer's Signature]

APPEARANCE IS OPTIONAL — Box B checked
Forfeiture Amount: $100
+ $30 Processing Fee
Total Collateral Due: $130

X Defendant Signature: David Pinkerth

*E1519989*